UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81442-CIV-CANNON

**MECENE ANESTAL,**

 Plaintiff,

v.

**THE BOCA RATON, LLC,**

 Defendant.
_____/

**ORDER REQUIRING JOINT SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES[1]**

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **November 26, 2021.** In addition, by **November 26, 2021,** the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

 **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of September 2021.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] The parties must not include Judge Cannon as an interested party unless she has an interest in the litigation.