**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| **MECENE ANESTAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )  **CASE NO. 9:21-CV-81442-AMC** |
| | ) |
| **THE BOCA RATON, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## DECLARATION OF MARIA BURNS ALADRO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION

I, Maria Burns Aladro, declare and state as follows:

1.      I am employed by The Boca Raton, LLC as the Chief Human Resources Officer at The Boca Raton, previously known as the Boca Raton Resort & Club (the "Resort").  I have worked at the Resort since December 12, 2012 and I was previously employed by Waldorf=Astoria Employer LLC, successor-in-interest to Waldorf=Astoria Management LLC and Hilton Worldwide, Inc., as the Director of Human Resources.  I have personal knowledge as to the matters set forth herein and, if called to testify in this matter, I could and would competently testify to them.  I make this declaration in support of Defendant's Motion to Compel Arbitration in the above-referenced matter.

2.      In my capacity as Chief Human Resources Officer of the Resort, I am familiar with the history of the property, as well as the business structure and operations of the Resort. I also have access to, and have reviewed, corporate records regarding Plaintiff, Mecene Anestal, and his employment at the Resort.

3.     Mr. Anestal began working at the Resort in 1997.  On September 1, 2013, Hilton Worldwide, Inc. ("Hilton") took over management of the Resort.  In order to be hired by Hilton and continue working at the Resort, prior to the transition, Mr. Anestal was asked to review, sign and date certain onboarding documents including, but not limited to, Hilton's Team Member Handbook, Human Resources Global Policies and standalone Agreement Re At Will Employment And Arbitration Agreement ("Arbitration Agreement").

4.     Mr. Anestal signed his Arbitration Agreement on July 18, 2013.  Executing the Arbitration Agreement was a condition of employment with Hilton and continuing work at the Resort. During Mr. Anestal's employment, Hilton's successor-in-interest, Waldorf=Astoria Management LLC, which was a wholly owned subsidiary of Hilton, assumed management of the Resort, including employing the Team Members at the Resort.  Effective January 1, 2020, Waldorf=Astoria Employer LLC, successor-in-interest and affiliate of Hilton and Waldorf=Astoria Management LLC, became the employer at the Resort.  Effective September 30, 2020, The Boca Raton LLC, successor-in-interest and affiliate of Hilton, Waldorf=Astoria Management LLC and Waldorf=Astoria Employer LLC, became the employer at the Resort.

5.     On March 10, 2020, Mr. Anestal filed a Charge of Discrimination against Waldorf=Astoria Management LLC. On March 29, 2021, Mr. Anestal filed another Charge of Discrimination against Waldorf=Astoria Management LLC.  He amended the second Charge to name The Boca Raton, LLC.

6.     I affirm a true and correct copy of the Arbitration Agreement signed by Mr. Anestal is attached hereto as Exhibit "1".

7.      I affirm that a true and correct copy of Mr. Anestal's acknowledgements to onboarding documents including, but not limited to Hilton's Team Member Handbook and Human Resources Global Policies are attached hereto as Exhibit "2."

8.      I affirm that a true and correct copy of the Mr. Anestal's Charges of Discrimination are attached hereto as Exhibit "3."

I declare under penalty of perjury under the laws of the State of Florida and the United States that the foregoing is true and correct.

Maria Burns Aladro

4863-5804-3648, v. 2

3

# Exhibit 1

## AGREEMENT RE AT-WILL EMPLOYMENT AND ARBITRATION

It is hereby agreed by and between the below named "Employee" (sometimes also "I" or "me") and the below named "Company" that the Company or the Employee can terminate the employment and compensation of Employee at any time, with or without cause and/or with or without notice, at the option of the Company or the Employee.

The Company and I further agree and acknowledge that final and binding arbitration shall be the exclusive forum to hear and decide any dispute between the Company and me, except for claims for Workers' Compensation, Unemployment Compensation, claims brought to secure rights granted under the terms of a collective bargaining agreement, or any other claim that is non-arbitrable under applicable state or federal law.  Thus, the Company agrees to bring any claim it may wish to assert against me only through arbitration, and I agree to bring any claim I may wish to assert against the Company only through arbitration.  Except for the claims carved out above, this Agreement includes all common-law and statutory claims, including, but not limited to, any claim for breach of contract, unpaid wages, wrongful termination, unfair competition or misappropriation of trade secrets, and for violation of laws forbidding discrimination, harassment, and retaliation on the basis of race, color, religion, gender, age, national origin, disability, and any other protected status which may be brought under applicable state or federal law.  I understand that I am giving up no substantive rights, and this Agreement simply governs forum.  I also understand that I may initiate arbitration under this Agreement without filing a claim with any state or federal agency.

Arbitration under this Agreement shall be before a single arbitrator in the county in which the dispute arose and will be conducted in accordance with the Federal Arbitration Act in conformity with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.  Where required by state law, e.g. the California Arbitration Act, the arbitration will be conducted in accordance with applicable state law.  The Company shall pay all costs uniquely attributable to arbitration, including the costs of the arbitrator (unless I voluntarily opt to pay up to one-half of those expenses myself).  Each party shall pay their own costs and attorney fees, if any, unless the arbitrator rules otherwise.  If the law applicable to the claim(s) being arbitrated, or any agreement, affords the prevailing party attorneys' fees and costs, then the arbitrator shall apply the same standards a court would apply to award such attorneys' fees and/or costs.  I shall not be required to pay any fee or cost that I would not be required to pay in a state or federal court action.

The arbitrator shall be a retired state or federal judge who shall be mutually agreeable to the parties.  The arbitrator's award shall be in writing, with reasons given and evidence cited for the award and based solely on the law governing the claims and defenses pleaded.  Any court of competent jurisdiction may enter judgment upon the award, either by (i) confirming the award or (ii) vacating, modifying, or correcting the award on any ground referred to in the Federal Arbitration Act or applicable state law (in California, Code of Civil Procedure §§ 1286 et seq.)

This Agreement may be modified only by a writing signed by the Chief Executive Officer or the President of the Company and me, referencing this Agreement and stating an intent to revoke or modify it.  The provisions of this Agreement are severable, and if any provision is determined to be unenforceable, then the remaining provisions shall remain in full effect.

**BY SIGNING THIS AGREEMENT, THE COMPANY AND I ACKNOWLEDGE THAT THE RIGHT TO A COURT TRIAL AND TRIAL BY JURY IS OF VALUE, AND WE KNOWINGLY AND VOLUNTARILY WAIVE SUCH RIGHT FOR ANY DISPUTE SUBJECT TO THE TERMS OF THIS AGREEMENT.**

Date 7-18-13   _M. Anestor_ _____
                     Employee Signature                          Company Signature

_MECENE ANESTAL_     _SERVER_
         Name (Print)                            Name and Title

# Exhibit 2



## RECEIPT AND ACKNOWLEDGEMENT OF TEAM MEMBER HANDBOOK & RELATED SPI'S

I_____, (print name) _____Department: ,
have received a copy of the Team Member Handbook, I have reviewed it, and I
understand and agree to be bound by its contents. I have had an opportunity to ask
questions regarding Company policies and procedures. I understand that if I do not
understand the content and rules and regulations of this Handbook that it is my
obligation to obtain clarification. I acknowledge that, with the exception of the
provisions addressing at-will employment, the regulations, policies, and provisions of
this Team Member Handbook may be changed, modified, or deleted at any time,
without notice. I understand that this Handbook is a set of guidelines. Individual
department and location rules and standards are to be complied with in addition to
the standards contained in this Handbook.

I have read and reviewed the following Standard Practice Instruction (SPI)'s: SPI
CO-12 Code of Conduct, SPI IT-03 Information Security Policy, and SPI IT-06
Standards for Use of Hilton's Electronic Communications Networks. I understand
these SPI's and agree to comply with each of them.

I have read the Harassment-Free Workplace Policy and agree to comply with it.

I understand that neither the Team Member Handbook, nor any other
communications regarding my employment by a Hilton management representative,
is intended or implied in any way to create a contract of permanent employment.

I further understand that my employment is at-will and may be terminated with or
without cause and with or without notice. No one in the organization other than the
Executive Vice President & Chief Human Resources Officer has the authority or
legal ability to modify the at-will nature of the employment relationship. Any verbal or
unwritten modification to the at-will policy must be in writing and signed by me and
the Executive Vice President & Chief Human Resources Officer.

I understand that if I am a Team Member covered by a collective bargaining
agreement, my employment will be governed by the policies set forth in the
applicable collective bargaining agreement to the extent such policies are
inconsistent with this Handbook.

Team Member Signature _M. Anesfal_____ Date _7-18-13_

{004028-999992 M0018526.DOC; 7} Hilton Worldwide Team Member Handbook

## Hilton Human Resources Procedure

- Poor job performance, including unsatisfactory attitude that detracts from job performance or the efficient operation of the Hotel.

- Willful or negligent neglect of duty causing waste or defective work.

- Gambling on Hotel premises.

- Smoking or chewing gum in restricted areas.

- Being in an unauthorized or non-designated work or guest area during scheduled work period or on your days off, without your Supervisors specific authorization.

- Receiving visitors or conducting personal business during working time.

- Failure to abide by meal/break periods.

- Taking meal/break periods in an unauthorized area.

- Failure to report on the job accident or injury to a guest or team member.

- Falsely stating or making claim of injury.

- Failure to meet performance standards.

- Failure to follow grooming and appearance standards.

- Violation of Hotel rules or procedures, including those set forth in the Team Member Handbook or elsewhere.

- Violation of departmental policies and procedures.


Name: _MECENE ANESTA_

Signature: _M. Anestol_

Date: _7 - 18 - 13_

Hilton Human Resources Procedure

TITLE: Standards of Conduct

The following are the standards for use by all locations. This list is not all inclusive, but merely indicative of the types of actions considered subject to disciplinary action. By providing this list, the Hotel in no way restricts its legal discretion to terminate the employment relationship at-will.

Any team member who fails to maintain proper standards of conduct, violates any provision of the Team Member Handbook, interferes with the orderly and efficient operation of the Hotel, or harms our reputation, may be subject to disciplinary action, up to and including termination. The hotel reserves the right to determine what type of disciplinary action, including warning, suspension or termination may result from any violation of standards of conduct.

-   Theft, attempted theft, removal or unauthorized possession of any property without proper approval, such as food or beverages, hotel property, or property of another Team Member or guest.

-   Offensive or disruptive behavior, including fighting with or threatening team members or guests, interfering with others in the performance of their duties, or acting in an immoral or indecent manner on Hotel property.

-   Harassing, threatening, intimidating, coercing or unlawfully discriminating against others.

-   Violation of the Harassment-Free Workplace Policy and/or failure to report any such incident.

-   Using abusive language or profanity.

-   Discourtesy or inappropriate conduct with guests or team members

-   Possessing, consuming, distributing or being under the influence of alcohol or any controlled substance on the premises.

-   Unauthorized possession of weapons, firearms, explosives, or other dangerous devices on hotel premises.

-   Willful or negligent failure to abide by hotel safety rules and practices or conduct that tends to create a safety hazard.

-   Horseplay or other action that endangers others, Hotel or guest property, or disrupts work.

-   Intentional or negligent conduct resulting in destruction of or damage to Hotel property or supplies, or the property of another team member, customer, visitor or guest

-   Causing general dissention and unrest among team members, including malicious gossip or false accusation.

-   Defamation of character of another team member or guest, including a false, malicious statement.

## ...lton Human Resources Procedures

- Disloyalty to Hotel, including but not limited to slandering the Hotel or Hilton, or acting in such a manner that could damage the Hotel or Hilton's reputation or result in a loss of trust in the Hotel or Hilton.

- Sleeping, loafing, or loitering on the job or leaving assigned work area without authorization.

- Solicitation of gratuities.

- Dishonesty regarding any aspect of employment with the Hotel.

- Misappropriation of Hotel funds. Failure to handle funds in accordance with Hotel guidelines.

- Criminal acts.

- Breach of security.

- Vandalism.

- Unauthorized distribution or solicitation during working time.

- Falsifying, altering, or making material omissions in any Hotel document or record, including, but not limited to, the employment application, time cards, guest checks, and tip reports.

- Unauthorized discussion or removal of Hotel confidential information (including payroll information or information contained in personnel records).

- Unauthorized disclosure, discussion or removal of Hotel trade secrets or other confidential or proprietary information.

- Insubordination (refusal to carry out reasonable instructions).

- Failure to follow instructions.

- Refusal to work a reasonable amount of overtime when required.

- Unexcused absence on scheduled workdays, without an approved reason and/or proper notification.

- Excessive absenteeism.

- Excessive tardiness.

- Loss of a controlled key.

- Unauthorized duplication of Hotel keys.

JOB SAFETY TRAINING


Hilton

## CRITICAL KEY CONTROL
## ACCEPTANCE AGREEMENT

The keys assigned to you are critical to the security of this hotel.

These keys will be obtained from their designated control point at the beginning of your workday.

Employees signing out keys from the control point must be in uniform and will be required to surrender their employment ID badge to the control point for the time period that the keys will be in use. Upon return of the keys to the control point the employee's ID badge will be returned to them.

These keys, once obtained from their control point, must be kept on your person at all times

If your job duties dictate you leaving the building during the work day, then keys shall be returned to their control point until your return to the building.

Keys will never be loaned to other employees.

Keys will never be stored in any manner other than returned to their designated control point.

All requests for lock changes or pad locks must be approved by your Division Head and the Director of Loss Prevention.

Loss or disappearance of these keys and/or failure on your part to return the keys to their designated control point upon leaving the building will subject you to disciplinary action up to, and including, termination of your employment

I have read or have had the above explained to me and understand this policy.

_7 - 18 - 13_
Date

_M. Arestel_
Team Member Signature

JOB SAFETY TRAINING

**Hilton**

### TEAM MEMBER RESPONSIBILITIES REGARDING

### ON-THE-JOB INJURY/ACCIDENT

1. Report all accidents/incidents, no matter how slight, to your supervisor immediately. Reporting on your next work shift is not an acceptable practice.

2. If you need to see a doctor, your supervisor will refer you to the Loss Prevention.  Together with your supervisor, complete a Supervisor's Accident Investigation Form. The LP Department will send you to MD Now or the local Emergency Room

3. Tell your doctor that modified work is available to you.

4. Report your doctor's findings immediately (within 24 hours) to your supervisor.

5. Immediately (within 24 hours) report to your supervisor your progress or findings after each subsequent doctor's visit or other treatment.

6. You must report to your next scheduled shift once the doctor releases you to work (part-time, temporary, modified or regular).

7. If you are unable to return to work, it is your responsibility to contact your Supervisor on a weekly basis.  Please call each Monday, between the hours of 8:00 am and 12:00 pm.

I have read the above responsibility sheet.  I have been given an opportunity to ask questions about my responsibilities.  I agree to follow all these responsibilities and understand that failure to do so may result in termination of, or may adversely affect my workers' compensation benefits.  I have been given a copy of this document.

Team Member's Signature _____ Date _____

cc:     Personnel File
        Team Member

JOB SAFETY TRAINING

**Hilton**

## General Safe Work Practices

1.      Unsafe conditions or procedures are to be reported to the appropriate manager/supervisor immediately.

2.      All accidents, injuries and illnesses are to be reported to the appropriate manager/supervisor immediately, regardless of severity.

3.      All employees are required to be knowledgeable concerning basic emergency procedures.

4.      Exits, paths to exits, fire extinguishers and all other fire/life safety equipment is to be kept clear and unobstructed.

5.      All employees are required to abide by all safety rules, warning signs and related information.  Variances by employees will be handled using the Discussion Planner.

6.      No employee is to be permitted or required to work if they are not physically able to do so due to injury, illness or the use of medication or other drugs.

7.      Any employee suspected of being under the influence of alcohol, drugs or other substances in the workplace that impairs their ability to work safely, will be subject to the Substance Abuse Policy.

8.      All employees should perform only those job tasks for which they have been authorized and trained.

9.      No employee shall be expected to perform work or work in an area of the property that they consider to be unsafe.  All such situations are to be reported to the appropriate manager/supervisor for investigation and resolution.

10.     Horseplay and other activities that disrupt normal workflow are prohibited.

11.     Smoking is permitted only in designated areas outside the property.

12.     All potentially contaminated materials (body fluids) should be handled in accordance with the Exposure Control Plan using Universal Precautions.



## Possession or Use of Proprietary, Confidential or Trade Secret Information of Another Company

Hilton Worldwide expects its team members to conduct business legally and ethically.

In particular, each Hilton team member is expected to comply with all legal obligations each may have to his/her former employer(s).  If you have retained any materials from any former employer, in any form (hard copy or electronic):

(i)      do not bring them into Hilton's offices, and do not access or store them on Hilton's computers or other systems,

(ii)     do not share them with any other Hilton team member, and

(iii)     do not use any such materials in connection with your job at Hilton.

Hilton has a zero tolerance policy concerning the possession or use of proprietary, confidential or trade secret information of Hilton's competitors and other companies.  If you are aware, become aware or have any concern that anyone at Hilton possesses or is using another company's proprietary, confidential or trade secret information, then you must report it directly to the VP Corporate/Ethics (or any other lawyer in the Legal Department), or you may report the information anonymously by using the Ethics Hotline (1-877-662-5825 or www.hiltonhotline.com).

Possession or use of another company's proprietary, confidential or trade secret information can result in immediate discipline, including termination.

I have read and understand the statement above, and I agree to comply with it.

_____
Signature

MECENE ANESTAL
Printed Name

Date:____7 — 18 — 13_____

         



BOCA RATON RESORT & CLUB

A WALDORF ASTORIA RESORT

## COMMISSION PAID EMPLOYEES
## SECTION 207(i) PAY AGREEMENT

If you are an employee who receives at least half of your pay over a representative period from service charges or commissions, you will be paid according to section 207(i) of the Fair Labor Standards Act. Under this section, such employees do not receive overtime premiums, but are compensated at a rate not less than one and one-half times the federal minimum wage for any weeks in which they work over 40 hours. In calculating whether employees receive at least one and one-half times the federal minimum wage in the relevant week, the Resort will look to the total amount of hourly wages, service charges, and commissions employees receive. Your continuing eligibility for the section 207(i) exemption will be evaluated quarterly and will be based on a six month representative period.

This agreement is in effect from the date below until further notice. This agreement is not an employment contract, and does not alter your employment status as an employee at will. This agreement may be changed or altered at any time.

I have read and understand the above pay structure and agree and understand that I will be to be paid under section 207(i), if applicable, until further notice.

AGREED: _M. Anestol_____
Team Member Signature

_MECENG ANESTAH_____
Print Name

_7- 18- 13_____
Date

C:\Documents and Settings\mariaburns\Desktop\FedEx File\Forms\(11) Seven 7(i) Pay Agreement Form.DOC

JOB SAFETY TRAINING

**Hilton**

## SAFETY COMMENDATION / DISCIPLINARY POLICY

It is the policy of Waldorf Astoria, Boca Raton Resort and Club to develop and maintain a safe environment for our team members.

As part of their work responsibility, team members are expected to consider their safety, our guests' safety and that of their fellow team members--a priority at all times.

The hotel has supplied a list of *General Safe Work Practices* to all team members which clearly explains the minimum level of acceptable safety performance. The hotel has also provided additional safety training covering several workplace safety topics to all team members.

In keeping with this policy and using the *General Safe Work Practices* as a guide, the hotel will recognize remarkable safe behavior through a variety of means including, commendation via the Discussion Planner, awards, incentive programs and group activities. The kind of recognition used will coincide with the type of safety program promotion in use at that time.

Also, in keeping with this policy and the *General Safe Work Practices*, the hotel will respond to safety infractions using the Discussion Planner and established disciplinary guidelines.

**General Manager:** *Kelly Vohs*          **Date:** *July 2013*

** As a team member of the Waldorf Astoria Boca Raton Resort and Club, I recognize the hotel's commitment to safety and realize that I am expected to act in accordance with the safety and security training I have received. Furthermore, I will report possible safety or security concerns to my supervisor and help remedy those situations when applicable. I understand that failure to continuously adhere to the various safety procedures for which I have been trained, and signed confirmation of same, will result in disciplinary action.

**Team Member Name (printed):** *Mecene Anestra)*

**Signature:** *M. Anestel*

**Date:** *7-18-13*

JOB SAFETY TRAINING

**Hilton**

## INITIAL SAFETY & SECURITY PROCEDURES

TEAM MEMBER *MECENE ANESTAL*

DEPARTMENT *BANQUET* JOB TITLE *SERVER*

Instruction has been given on the following:

- Loss Prevention Policy Statement — *YES*

- Review and sign Safety Commendation and Discipline Policy — *YES*

- Review and sign Team Member Responsibility form — *YES*

- Review and sign Critical Key Control Agreement Form — *YES*

- Safety Team Meeting and Members — *YES*

- Location of Emergency Clinic — _____

- Proper Lifting Techniques — *YES*

- Hotel Security Procedures — *YES*

- How to Report Unsafe Conditions — *YES*

- Hazard Communication Program Explained — *YES*

- Introduction to Lock-out/Tag-out — *YES*

- Introduction to Bloodborne Pathogens

- Life Safety — *YES*

I have been instructed on the procedures listed above and understand Hilton Hotels makes every effort to provide a safe work environment.  I also agree to help make this Hilton Hotel a safe place to work as SAFETY IS MY RESPONSIBILITY.

Team Member Signature *M. Anestal* Date *7 – 18 – 13*

Trained by ................................................................Date................................................

cc:   Personnel File, Team Member



**Hilton**

## ACKNOWLEDGMENT AND AGREEMENT TO COMPLY

I hereby acknowledge that I have read, understand and agree to comply fully with **STANDARDS FOR USE OF THE HILTON HOTELS CORPORATION ELECTRONIC COMMUNICATIONS NETWORKS, Hilton Hotels Corporation S.P.I. Code IT-6. I** expressly understand that: (1) the Company computer(s) which I will use in my job and all computer related electronic data (including all software and all data or messages that I enter, create, receive or transmit on the systems and the network) is and shall remain the property of the Company; (2) the computer and such software, data and messages may be inspected, searched and monitored at all times without notification; and (3) I must comply with all of the Standards in order to use the Company computer and have access to the Company's computer network. Finally, I understand that if I do not comply with all of these Standards, my use of a computer and my access to the Company computer network may be revoked and I may be subject to i) disciplinary action up to, and including, termination and/or ii) civil or criminal liability.

Print Name: _MECENE ANESTAL_

Signature: _M. Anestal_                     Date: _7-18-13_



**Hilton Hotels Corporation Standard Practice Instructions**
**\*\*Confidential - For Internal Use Only\*\***

**Subject:** Information Security Policy **Date Issued:** January 1, 2007 **S.P.I. Code: IT-03**
**References:** Information Security Policies - Replaces S.P.I. Code IT-3 January 1992, May 2004

Acknowledgement and Agreement to their local Human Resources Office.
Periodic audits of team members' personnel employee records will be conducted
to ensure team members signed acknowledgement and agreement to comply.
Acknowledgement and Agreement to Comply

I hereby acknowledge that I have read, understand and agree to comply fully with
Hilton Hotels Corporation's Information Security Policy, SPI IT-03 and applicable
policies as referenced.

(Print) Team Member Name: *MECENE ANESTAL*

(Sign) Team Member Signature: *M. Anestal*

Today's Date: *7-18-13*

Return by interoffice mail to Human Resources Office



# Hilton Worldwide Human Resources Global Policies Receipt and Acknowledgement

I hereby acknowledge that the Company has provided me with a copy of, or direct access to, the following Human Resources policies:

> Equal Employment Opportunity
> Harassment and Violence-Free Workplace
> No Solicitation
> Recruitment
> Family & Personal Relationships in the Workplace
> Joining Hilton Worldwide

I agree to read and comply with all policies and agree to raise any questions about the policies if any arise during the course of my employment.

Signature _Mi Ane Stal_

Print Name _MECENE ANESTAL_

Position Title _SERVER_

Department _BANQUET_

Location _BOCA RATON RESORT & CLUB_

Date _7 - 18 - 13_

Employee ID _1J - 06 - 1997_ *(If known)*

HR Representative _____





**Emergency Contact Information**

Team Member Name: *MECENE ANESTAL*

Department: *BANQUET*

Date of Birth ███████████████

*In case of an emergency, how may we **contact you outside of the office**?*

Home Phone Number: ███████████████

Alternate Phone Number: (____) *SAME*

Cell Phone Number: ███████████████

Email Address: ███████████████████████

*Should an emergency occur with you**, who should we contact**?*

Name: *MAGALIE ANESTAL* Relationship: *WIFE*

Daytime Phone number: ███████████████

Alternate Phone Number ███████████████

Cell Phone Number: (____) *SAME*

Address: ███████████████

City, State, Zip: ███████████████████

Team Member Signature: *M. Anestal*

Date: *7 - 18 - 13*



**Tip Talk:  Paying Taxes on Tips**

Print Full Name: *MECENE ANESTAL*

Department: *BANQUET*

In accordance with the IRS required TRAC training, I acknowledge that I have received and reviewed the brochure, "Tip Talk: Paying Taxes on Tips – A Guide for Hilton Team Members."

I have received training regarding my hotel procedures for reporting tips to the company and I agree to abide by IRS guidelines and Hilton procedures.

Signature: *M. Anestal*          Date: *7-18-13*



## ATTENDANCE POLICY

- Team Members must contact their Supervisor/Manager, or the Manager on Duty if their Supervisor/Manager is not available, to notify him/her of a late arrival or absence.
- Team Members are encouraged to call as soon as they know they will be late or absence but are required to notify management at least 2 hours before their scheduled shift is to start.
- Failure to call off before the end of your scheduled shift will be considered as a "no call no show."
- Failure to report absences for three consecutive scheduled days will be considered as job abandonment (3 consecutive no call no shows).
- If a Team Member is absent 3 or more consecutive days they will need to submit a doctor's note to their department manager.
- If a Team Member is absent 3 or more days in a 30-day period they will be put on attendance probation while receiving disciplinary action. While on attendance probation they will be permitted only 3 excusable absences in the following 90 – day period. If they have more than 3, they will receive disciplinary action up to and including termination.
- Team Members must notify their Manager or the Manager on Duty any time they need to leave property for personal reasons. After receiving approval they must clock out prior to leaving property.
- Team Members must be in full uniform before clocking in and out for their shift.
- Team Members are offered a 30-minute meal break during their 8 hour shift for which they must clock in/out for.
- If a Team Member is going to be more than 7 minutes late, they must call their Supervisor/Manager, or Manager on Duty if their Supervisor/Manager is not available, before their scheduled shift begins to notify them of their tardiness.
- If a Team Member is late 3 or more days in a 30 – day period they will be put on tardiness probation. While on tardiness probation they will be permitted only 3 excusable tardies in the following 90 day period. If they have more than 3 they will receive disciplinary action.
- If a Team Member is late 30 or more minutes it will result in disciplinary action. If a Team Member is 1 hour or more late, it will be considered an absence.

**All questions in regards to this policy should be directed to Human Resources**

**I have read and understand the Hilton Hotels Corporation Attendance Policy. I will abide by these policies accordingly; I understand that if I do not I may be subject to disciplinary action up to and including termination of employment.**

_M. Anesta_       _7-18-13_
**Team Member Signature**       **Date**

_MECENE ANESTAH_
**Print Name**

# Exhibit 3

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☒ FEPA | 2100136 |
| | ☒ EEOC | 15M-2021-00047 |

| Palm Beach County Office of Equal Opportunity | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mecene Anestal c/o Michelle Cohen Levy, Esq.   Michelle@cohenlevylegal.com | (954) 651-9195 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 4400 N. Federal Highway, Lighthouse Point, FL 33064 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Waldorf Astoria Management, LLC | 15+ | (561) 447-3000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 501 EAST CAMINO REAL          BOCA RATON FL 33432 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10/2020   Latest: current

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Statement of Harm: I filed a charge for race, religion, and national origin discrimination on March 10, 2020 (Charge number: 15M-2020-00045 / PBEO No. 2001092) I was laid off in February 2020 due to Covid-19. The Respondent started calling people back to work in October 2020. However, the Respondent has not called me back. Meanwhile, my co-workers have all been called back to work. Ms. Luu Ivonna, a Chinese server, who started five years after me, has been back to work for several weeks now. The Respondent is not calling me back to work in retaliation for filing my original EEOC Charge.

Discrimination Statement: Respondent retaliated against me for complaining about the discrimination based on my race, national origin, and religion in violation of Title VII of the Civil Rights Act of 1964, the Florida Civil Rights Act of 1992, and the Palm Beach County Equal Employment Ordinance.

RECEIVED APR 06 2021

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| 03-29-21    M. Anestl | |
| Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☒ FEPA | 2100136 |
| | ☒ EEOC | 15M-2021-00047 |

and EEOC

_State or local Agency, if any_

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the above is true and correct. | SIGNATURE OF COMPLAINANT |
| 03-29-21    M. Anesh | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |
| Date    Charging Party Signature | (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA | 2001092 |
| | [X] EEOC | 15M-2020-00045 |
| **Palm Beach County Office Of Equal Opportunity** | | and EEOC |
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Mecene Anestal** | **(561) 856-4877** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **10332 Sunstream Lane, Boca Raton, FL 33428** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Waldorf Astoria Management LLC** | **15-100** | **(561) 447-3309** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1201 Hays Street, Tallahassee, FL 32301** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Waldorf Astoria Management LLC** | **15-100** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **501 E Camino Real, Boca Raton, FL 33432** | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [ ] SEX  [X] RELIGION  [X] NATIONAL ORIGIN

[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION

[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                 Latest
                          12-1-2019

[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the above named company on December 6, 1997 as a Server.

In November 2019, I was written up for violating a work policy. However, other employees (Hispanic) who have violated this work rule has never been disciplined. Around June 2019, my supervisor made a comment "if I wasn't white, I would rather be Jamaican and not Haitian", which was offensive to me. On numerous occasions and most recently in December 2019, I requested not to work on Sundays due to my religion. I was told that I must find someone to cover my shift. I have complained in the past, and because nothing was done, I did not complain this time.

I believe I was discriminated against because of my national origin (Haitian), and religion (Christian) in violation of Title VII of the Civil Rights Act of 1964 as amended, Florida Civil Rights Act of 1992 as amended, and the Palm Beach County Equal Employment Ordinance as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

03-10-20        *M. Anestal*
Date              Charging Party Signature