UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81442-CIV-CANNON

**MECENE ANESTAL,**

    Plaintiff,

v.

**THE BOCA RATON, LLC,**

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

**THIS CAUSE** comes before the Court upon Attorney Michelle Cohen Levy, Esq. and the Law Office of Michelle Cohen Levy, PA's Motion to Withdraw as Counsel for Plaintiff Mecene Anestal [ECF No. 8], filed on October 29, 2021. It is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. Attorney Michelle Cohen Levy, Esq. and the Law Office of Michelle Cohen Levy, PA shall be **DISCHARGED** of all further responsibilities for Plaintiff Mecene Anestal in these proceedings.

2. Attorney Michelle Cohen Levy, Esq. and the Law Office of Michelle Cohen Levy, PA shall, no later than **November 5, 2021**, serve Plaintiff with a copy of this Order and file notice of service with the Court.

3. By no later than **November 29, 2021**, Plaintiff Mecene Anestal is directed to either: (1) retain counsel permitted to practice before the Court and notify the Court of such, or (2) file a Notice of Intent to Proceed *Pro Se*.

CASE NO. 20-81442-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of November 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record